AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

SEAN T. DEVLIN,

    Petitioner,

V.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-cv-00405-LRH-VPC**
**3:11-cv-00406-LRH-VPC**
**3:11-cv-00407-LRH-VPC**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the following three Petitions to Quash IRS Administrative Summons that are the subject of these three consolidated cases are DISMISSED WITH PREJUDICE:

    Sean T. Devlin v. United States 3:11 cv 00405 LRH VPC
    Sean T. Devlin v. United States 3:11 cv 00406 LRH VPC
    Sean T. Devlin v. United States 3:11 cv 00407 LRH VPC.

  December 28, 2011                         **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ D. R. Morgan
                                                   Deputy Clerk